AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
EASTERN District of MICHIGAN

)
)
)
Romell C. Stevens )
      Petitioner )
      v. )
)  (
)
)
Eric Rardin-Warden (F.C.I. milan) )
      Respondent )
(name of warden or authorized person having custody of petitioner)

Case: 2:25–cv–11136
Assigned To : Murphy, Stephen J., III
Referral Judge: Altman, Kimberly G.
Assign. Date : 4/21/2025
Description: HC Romell C. Stevens v. Eric Rardin (JH)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.   (a) Your full name:  Romell Carlos Stevens

    (b) Other names you have used: _____

2.   Place of confinement:
    (a) Name of institution:  F.C.I. MILAN
    (b) Address:  PO Box 1000   MILAN MI. 48160

    (c) Your identification number:  # 10572-025

3.   Are you currently being held on orders by:

    ☒ Federal authorities     ☐ State authorities     ☐ Other - explain:
_____

4.   Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)

    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime

    If you are currently serving a sentence, provide:

      (a) Name and location of court that sentenced you:  Southern Dist. OF Illinois

      (b) Docket number of criminal case: _____

      (c) Date of sentencing:  April 1st 2021

  ☐ Being held on an immigration charge

  ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain):* _F.S.A - Federal Earned Time Credits denied._

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _Federal Bureau Of Prisons - Warden Eric Rardin FCI - Milan_

   (b) Docket number, case number, or opinion number:

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):* _Denial Of FSA - Federal Time Credits - PRE RElease Custody Credits._

   (d) Date of the decision or action: _April 4th, 2025_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes          ☐ No

   (a) If "Yes," provide:

   _B.P.(9)_

   (1) Name of the authority, agency, or court: _ERIC Rardin - Warden FCI Milan._

   (2) Date of filing: _March 18th 2025_

   (3) Docket number, case number, or opinion number: _1235173f1_

   (4) Result: _Denied._

   (5) Date of result: _April 4th 2025_

   (6) Issues raised: _Denial OF First Step Act. Time Credit days._

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not appeal: _____

_____
_____

8.   **Second appeal**

Γ After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes          ☐ No

_BP.(8)_

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _Same As Befor MENtioNed_
_FCI MilaN · UNit Counselor-FIECK_

(2) Date of filing: _3-3-2025_

(3) Docket number, case number, or opinion number: _UNknow -* See latt-_

(4) Result: _ached) DENiNed_

(5) Date of result: _3-14-2025_

(6) Issues raised: _DENial Of FSA- Federal Time Credit_
_Pre·Release Custody dAys._

_____
_____
_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

_____

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b)  If you answered "No," explain why you did not file a third appeal: *Pursuing Such remedies would be futile and unable to afford the relief seeked.*

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                  ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                  ☐ No

If "Yes," provide:

(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____
_____
_____
_____
_____
_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                  ☒ No

If "Yes," provide:

(1)  Name of court: _____
(2)  Case number: _____
(3)  Date of filing: _____
(4)  Result: _____
(5)  Date of result: _____
(6)  Issues raised: _____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

_____

(c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
        conviction or sentence: _____

_____

_____

_____

_____

_____

11.     **Appeals of immigration proceedings**

        Does this case concern immigration proceedings?

        ☐ Yes          ☒ No

                If "Yes," provide:

(a)     Date you were taken into immigration custody: _____

(b)     Date of the removal or reinstatement order: _____

(c)     Did you file an appeal with the Board of Immigration Appeals?

                ☐ Yes                ☐ No

                If "Yes," provide:

                (1)  Date of filing:  _____

                (2)  Case number:  _____

                (3)  Result:  _____

                (4)  Date of result:  _____

                (5)  Issues raised:  _____

_____

_____

_____

(d)     Did you appeal the decision to the United States Court of Appeals?

                ☐ Yes                ☐ No

                If "Yes," provide:

                (1)  Name of court:  _____

                (2)  Date of filing:  _____

                (3)  Case number:  _____

                (4)  Result:  _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (5)  Date of result: _____

    (6)  Issues raised: _____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes       ☑ No

If "Yes," provide:

(a)  Kind of petition, motion, or application: _____

(b)  Name of the authority, agency, or court: _____

_____

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**  I am entitled to F.S.A days from the date of Sentence April 1st 2025, not December 28th 2021. As the WARDEN ERIC Rardin Suggest.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:
According to this Court's Previous Opinion

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

In U.S vs Gale, 2025 U.S. Dist Lexis 8739, Case no. 24-13127 Joseph T. Gale v. Warden Rarin This Petitioner is Entitled to FSA Time Credit days from date of his Sentence April 1st 2021.

(b)  Did you present Ground One in all appeals that were available to you?

☒ Yes            ☐ No

**GROUND TWO:** That I am Entitled to all "Disallowed days", while In transfer to ONE Federal Prison to another

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

✱ SEE Attached FSA Time Credit Assessment documents. Also See Inmate Educational and Postive Activity Programing documents.. Showing Completion and "Wait list" for Years of Programing

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes            ☒ No

**GROUND THREE:**

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes            ☒ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**: _____

_____

_____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes              ☒ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

**Request for Relief**

15.  State exactly what you want the court to do: Direct Warden Eric Rardin, to
Recalulate my F SA time Credits to include Credits
beginning on April 1st 2021. Restore all "Disallowed
Days" while in transfer excluding time spent in
S.H.U - 20 Days.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_April 13th, 2025_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _Apr, 13th, 2025_          _Ronnell Carlos Stevens_

_Signature of Petitioner_

_____

_Signature of Attorney or other authorized person, if any_

Page 9

```
   MILBL          *        INMATE EDUCATION DATA         *      02-26-2025
PAGE 001 OF 001 *             TRANSCRIPT                 *      08:49:13

REGISTER NO: 10572-025    NAME..: STEVENS                  FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: MIL-MILAN FCI

--------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION             START DATE/TIME STOP DATE/TIME
MIL  ESL HAS   ENGLISH PROFICIENT       03-03-2016 0900 CURRENT
MIL  GED HAS   COMPLETED GED OR HS DIPLOMA  03-03-2016 0912 CURRENT


--------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
MIL DRUG   RPP1 PERSONAL WELLNESS   01-20-2025 CURRENT
MIL        RPP 4 INSTITUTION A&O    12-20-2024 12-20-2024  P  C  P    4
CUM        S-PURDUE PEST CNTRL MGNT 07-01-2024 11-21-2024  P  C  P  100
CUM        BASIC TUTOR TRAINING     09-19-2024 09-19-2024  P  C  P    2
BUF        RELAX                    02-15-2023 05-20-2024  P  C  P    9
CUM        LIFE COACHING/PERSONAL MOTIVAT 04-01-2024 05-17-2024 P C P  8
CUM        BRAILLE                  03-27-2024 05-06-2024  P  C  P    8
CUM        AFRICAN AMERICAN HISTORY 01-31-2024 03-20-2024  P  C  P    8
CUM        INTRO TO CREDIT MANAGEMENT 12-12-2023 01-23-2024 P C P    8
CUM        MRSA IN AN ATHLETIC FACILITY 12-08-2023 12-15-2023 P C P  1
BTF GP     SHU CLASS-GOAL SETTING   10-05-2023 10-12-2023  P  C  P    8
BTF GP     SHU CLASS-MONEY MANAGEMENT 09-13-2023 09-20-2023 P C P    8
BTF GP     SHU CLASS-JOB PLACEMENT ASST 09-08-2023 09-15-2023 P C P  8
BUF        REAL ESTATE              07-13-2023 08-04-2023  P  C  P    8
BTF GP     PUBLIC SPEAKING          01-20-2023 05-26-2023  P  C  P   16
BUF        GREEN LIVING (UB)        04-10-2023 04-27-2023  P  C  P    8
BUF        MONEY SMART OLDER ADULTS RPP 3 03-15-2023 04-13-2023 P C P 28
BUF        S-SERVSAVE FOOD HAND CERT 02-14-2023 03-28-2023 P C P     4
BUF        DAY CLASS FOR DRUG EDUCATION 02-03-2023 02-17-2023 P C P  12
MNA DRUG   FOUNDATIONS OF BUSINESS VT 07-13-2017 08-31-2017 P C M  110
MNA DRUG   RPP-6 ACE: KEEPING A JOB-2HR 06-02-2017 07-20-2017 P C P   2
MNA DRUG   EYE ON THE PRIZE 1       09-28-2016 10-28-2016  P  C  P   10
MNA DRUG   EYE ON THE PRIZE 2       09-28-2016 10-28-2016  P  C  P   10
MNA DRUG   FISH-FINDING DIRECTION STUDY 09-06-2016 10-11-2016 P C P 14
MNA DRUG   SOFT SKILLS IN THE WORK FORCE 07-30-2016 08-04-2016 P C P  2
MNA DRUG   ACE COURSE: RESUME WRITING-2HR 07-30-2016 08-04-2016 P C P 2
MCR        SHU CDL CLASS PREP WORK  04-06-2015 04-25-2016  P  C  P   10




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
   MILBL  531.01 *                 INMATE HISTORY              *      02-26-2025
PAGE 001 OF 001 *                    WASPB                     *      08:47:12

  REG NO..: 10572-025 NAME....: STEVENS, ROMELL C
  CATEGORY: WSP         FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
MIL    GR FMPM W  GR FAM PGM MEN WAIT            02-26-2025 0832 CURRENT
MIL    PAR ONEW   PHASE ONE WAIT                 02-26-2025 0832 02-26-2025 0839
MIL    PAR ONEW   PHASE ONE WAIT                 11-25-2023 1034 02-26-2025 0831
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
    MILBL  531.01 *              INMATE HISTORY              *     02-26-2025
    PAGE 001 OF 001 *              PT OTHER                  *     08:46:54

    REG NO..: 10572-025 NAME....: STEVENS, ROMELL C
    CATEGORY: PTO        FUNCTION: PRT        FORMAT:                .

  FCL     ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
  MIL     A SUCCESSW ACADEMIC SUCCESS WAITLIST     05-26-2023 1322 CURRENT
  MIL     CR TH UNQ  CRIMINAL THINKING UNQUALIFIED 02-26-2025 0836 CURRENT
  MIL     MON SM O W MONEY SMART OLDER POP WAIT     02-26-2025 0845 CURRENT
  MIL     TALK DOC W TALKING WITH YOUR DOCTOR WAIT 02-26-2025 0844 CURRENT
  MIL     CR TH UNQ  CRIMINAL THINKING UNQUALIFIED 08-20-2024 1202 02-26-2025 0835
  MIL     AARP FND P AARP FOUNDATION FINANCE PART  11-07-2024 1300 01-31-2025 1506
  CUM     AARP FND W AARP FOUNDATION FINANCE WAIT  05-29-2024 1325 11-07-2024 1300
  CUM     K2 AWARE C K2 AWARENESS COMP             08-26-2024 0951 08-26-2024 0951
  CUM     K2 AWARE P K2 AWARENESS PART             07-02-2024 1347 08-26-2024 0951
  CUM     CR TH WAIT CRIMINAL THINKING WAIT        02-15-2023 1137 08-20-2024 1202
  CUM     K2 AWARE W K2 AWARENESS WAIT             03-10-2024 0933 07-02-2024 1347
  BUF     UNICOR C   UNICOR 500 HOURS COMPLETE     07-24-2023 1230 07-24-2023 1230
  BTF     ARTH FND C ARTHRITIS FOUNDATION WALK COMP 09-09-2022 1946 09-09-2022 1946
  BTF     ARTH FND P ARTHRITIS FOUNDATION WALK PART 07-29-2022 1812 09-09-2022 1946
  BTF     ARTH FND W ARTHRITIS FOUNDATION WALK WAIT 07-24-2022 1526 07-29-2022 1812
  BTF     BRN HLTH C BRAIN HEALTH AS YOU AGE COMP  07-21-2022 0800 07-21-2022 0800
  BTF     BRN HLTH P BRAIN HEALTH AS YOU AGE PART  07-07-2022 1436 07-21-2022 0800
  BTF     BRN HLTH W BRAIN HEALTH AS YOU AGE WAIT  07-03-2022 1502 07-07-2022 1436
  BTF     TALK DOC C TALKING WITH YOUR DOCTOR COMP 03-01-2022 1352 03-01-2022 1352
  BTF     TALK DOC P TALKING WITH YOUR DOCTOR PART 02-20-2022 1020 03-01-2022 1352




  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

## FSA Time Credit Assessment

Register Number:10572-025, Last Name:STEVENS

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 10572-025 | Responsible Facility: MIL |
| Inmate Name | Assessment Date....: 03-13-2025 |
|   Last.............: STEVENS | Period Start/Stop...: 12-28-2021 to 03-13-2025 |
|   First............: ROMELL | Accrued Pgm Days....: 1053 |
|   Middle...........: C | Disallowed Pgm Days.: 118 |
|   Suffix...........: | FTC Towards RRC/HC..: 0 |
| Gender...........: MALE | FTC Towards Release.: 350 |
| Start Incarceration: 04-01-2021 | Apply FTC to Release: Yes |

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 12-28-2021 | 08-18-2023 | accrue | 598 |

  Accrued Pgm Days...: 598
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 190

-------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-18-2023 | 11-06-2023 | disallow | 80 |

  Not in qualifying admit status.

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| BUF | ARS | TRANS SEG | 08-17-2023 15:00 | 11-07-2023 14:30 |
| 6-P | ARS | A-ADMIT | 08-17-2023 15:00 | 08-17-2023 15:20 |
| BTF | ARS | A-BOP HLD | 08-17-2023 15:20 | 11-07-2023 14:25 |
| 6-P | ARS | RELEASE | 08-17-2023 15:20 | 08-17-2023 15:20 |

  Disciplinary segregation sanction

| Report# | Code | Description | Date | Time |
|---|---|---|---|---|
| 3813247 | 199 | DISRUPTIVE CONDUCT-GREATEST | 08/17/2023 | 10:00 |

    DISCIPLINARY SEGREGATION 20 DAYS from 09/12/2023 thru 10/01/2023

-------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 11-06-2023 | 11-08-2023 | accrue | 2 |

  Accrued Pgm Days...: 2
  Carry Over Pgm Days: 28
  Time Credit Factor.: 10
  Time Credits.......: 10

-------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 11-08-2023 | 11-19-2023 | disallow | 11 |

  Not in qualifying admit status.

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| BUF | ARS | TRANS SEG | 08-17-2023 15:00 | 11-07-2023 14:30 |

### FSA Time Credit Assessment

Register Number:10572-025, Last Name:STEVENS

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

```
  BTF       ARS       A-BOP HLD     08-17-2023 15:20   11-07-2023 14:25
  A01       ARS       A-ADMIT       11-07-2023 14:25   11-07-2023 14:30
  BTF       ARS       HLD REMOVE    11-07-2023 14:25   11-07-2023 14:25
  A01       ARS       RELEASE       11-07-2023 14:30   11-07-2023 14:30
  BUF       ARS       TRANSFER      11-07-2023 14:33   11-07-2023 14:33
  6-P       ARS       A-ADMIT       11-07-2023 14:33   11-07-2023 19:50
  OKL       ARS       A-BOP HLD     11-07-2023 18:50   11-20-2023 07:30
  6-P       ARS       RELEASE       11-07-2023 19:50   11-07-2023 19:50
```

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 11-19-2023 | 11-13-2024 | accrue | 360 |

```
 Accrued Pgm Days...: 360
 Carry Over Pgm Days: 0
 Time Credit Factor.: 10
 Time Credits.......: 120
```

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 11-13-2024 | 12-10-2024 | disallow | 27 |

❋ **Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|----------|----------|-----------|-------|------|
| A01 | ARS | A-ADMIT | 11-12-2024 06:08 | 11-12-2024 15:30 |
| CUM | ARS | TRANSFER | 11-12-2024 06:08 | 11-12-2024 06:08 |
| OKL | ARS | A-BOP HLD | 11-12-2024 14:30 | 12-06-2024 07:30 |
| A01 | ARS | RELEASE | 11-12-2024 15:30 | 11-12-2024 15:30 |
| OKL | ARS | HLD REMOVE | 12-06-2024 07:30 | 12-06-2024 07:30 |
| A01 | ARS | A-ADMIT | 12-06-2024 08:30 | 12-06-2024 14:23 |
| A01 | ARS | RELEASE | 12-06-2024 14:23 | 12-06-2024 14:23 |
| MIL | ARS | A-BOP HLD | 12-06-2024 14:23 | 12-11-2024 07:17 |

---

| Start | Stop | Pgm Status | Pgm Days |
|-------|------|-----------|----------|
| 12-10-2024 | 03-13-2025 | accrue | 93 |

```
 Accrued Pgm Days...: 93
 Carry Over Pgm Days: 0
 Time Credit Factor.: 10
 Time Credits.......: 30
```

--- FSA Assessment(s) -----------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|-------|------|-----------|-----------|--------|
| 001 | 12-28-2021 | 01-25-2022 | R-HI | 07-06-2022 12:33 | 10 |
| 002 | 01-25-2022 | 07-24-2022 | R-HI | 07-06-2022 12:33 | 10 |
| 003 | 07-24-2022 | 01-20-2023 | R-HI | 07-06-2022 12:33 | 10 |

## FSA Time Credit Assessment

**Register Number:10572-025, Last Name:STEVENS**

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

```
004  01-20-2023 07-19-2023  R-MED     12-27-2022 12:42  10
005  07-19-2023 01-15-2024  R-MED     02-27-2023 15:44  10
006  01-15-2024 07-13-2024  R-MED     12-14-2023 10:05  10
007  07-13-2024 01-09-2025  R-MED     05-08-2024 12:14  10
008  01-09-2025 07-08-2025  R-LW      01-05-2025 10:52  10
```

## FSA Time Credit Assessment

Register Number:10572-025, Last Name:STEVENS

**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
03-13-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

```
Projected Release Date: 11-25-2032
Projected Release Method: GCT REL
FSA Projected Release Date: 12-11-2031
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 11-26-2031
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 11-26-2030*
FSA Conditional Placement Days: 600
FSA Conditional Placement Date: 04-05-2030
Conditional Transition To Community Date: 04-05-2029*
```
**Default SCA conditional placement days. This requires a five-factor review!**

**BP-229 RESPONSE**                                    **CASE NUMBER: 1235173-F1**

Your Request for Administrative Remedy (BP-229), dated March 18, 2025 has been reviewed.   You are requesting a recalculation of your Federal Time Credits.

A review of the issue(s) you raise in your BP-229 has been conducted. You claim that the number of Federal Time Credits that you have been awarded is inaccurate due to you not being given credit from the date of sentencing. First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) states "Because the ability to accrue time credits begins **after the inmate's current term of incarceration begins (e.g., the date the inmate arrives at or voluntary surrenders to their initially designated Bureau facility to serve their sentence)**, an inmate cannot earn FTCs during pretrial confinement, nor can they earn credits based on a prior incarceration. Further, an inmate cannot earn FTC when not in Bureau custody, including when in U.S. Marshals Service custody prior to arriving at their designated facility, regardless of where they are housed, or once released to their supervised release term".

Accordingly, your request for Administrative Remedy is denied.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    ___4/8/2025___
E. Rardin, Warden                                  Date

**BP-229 RESPONSE**                              **CASE NUMBER: 1235173-F1**

Your Request for Administrative Remedy (BP-229), dated March 18, 2025 has been reviewed.   You are requesting a recalculation of your Federal Time Credits.

A review of the issue(s) you raise in your BP-229 has been conducted.   You claim that the number of Federal Time Credits that you have been awarded is inaccurate due to you not being given credit from the date of sentencing. First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) states "Because the ability to accrue time credits begins **after the inmate's current term of incarceration begins (e.g., the date the inmate arrives at or voluntary surrenders to their initially designated Bureau facility to serve their sentence),** an inmate cannot earn FTCs during pretrial confinement, nor can they earn credits based on a prior incarceration. Further, an inmate cannot earn FTC when not in Bureau custody, including when in U.S. Marshals Service custody prior to arriving at their designated facility, regardless of where they are housed, or once released to their supervised release term".

Accordingly, your request for Administrative Remedy is denied.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _____4/8/2025_____
E. Rardin, Warden                                    Date

**BP-229 RESPONSE**                                    **CASE NUMBER: 1235173-F1**

Your Request for Administrative Remedy (BP-229), dated March 18, 2025 has been reviewed.   You are requesting a recalculation of your Federal Time Credits.

A review of the issue(s) you raise in your BP-229 has been conducted.   You claim that the number of Federal Time Credits that you have been awarded is inaccurate due to you not being given credit from the date of sentencing. First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4) states "Because the ability to accrue time credits begins **after the inmate's current term of incarceration begins (e.g., the date the inmate arrives at or voluntary surrenders to their initially designated Bureau facility to serve their sentence)**, an inmate cannot earn FTCs during pretrial confinement, nor can they earn credits based on a prior incarceration. Further, an inmate cannot earn FTC when not in Bureau custody, including when in U.S. Marshals Service custody prior to arriving at their designated facility, regardless of where they are housed, or once released to their supervised release term".

Accordingly, your request for Administrative Remedy is denied.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.


_____                    ___4/8/2025___
E. Rardin, Warden                                            Date

3-17-25
AM

**U.S. Department Of Justice**                    **Request For Administrative Remedy**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: STEVENS, Romell C    10572025    G    MIL
_____
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**

The postion of the FBOP program Statement and 28 CFR § 523.41(c)(1)(2) that to earn FSA time credit days  an eligible inmate must be "successfully participating in" or successfully complete" a FSA program is not based on  permissable construction or interpretation of relevant statutory  provision. See 18 U.S.C. § 3632(d)(4).  Also see SOHRAB SHARMA v. COLETTE PETERS : case  no. 2-24-cv-158-RAH-KFP.
THEREFORE, this inmate is entitled to  all FSA time credit days starting from April 1st 2021.  Additionally, this inmate is entitled to  all "disallowed" FSA days while and during transfer from one federal facility  to another.

3/18/2025                                    Romell C. Stevens
_____                      _____
DATE                                         SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Please see the
attached
Response

REGISTERED
MAR 3 1 2025
BY: SLK

_____                      _____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1235173-F1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____                      _____
DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR        PRINTED ON RECYCLED PAPER                    BP-229(13)
                                                            APRIL 1982

MRC 6330.16.B
September 18, 2012
Page 7

Attachment B/Part 1
FCI/FDC Milan, Michigan
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name:  _Romell Stevens_

Registration Number: _10592025_   Housing Unit:  _G_

**ATTEMPT AT INFORMAL RESOLUTION:**

1.   Briefly state the complaint and requested corrective actions. This inmate is entitled to FSA Credits starting from April 1st 2021, Not 12-28-2021. I am entitled to disallowed days while in FBOP Custody during transfer status... Pursuant to 18 USC § 3585 (a). The position of the 28 CFR § 523.41 (c)(1)+(2) that "Earned FSA time Credits an Eligible inmate must be "successfully participating" in FSA Program is not based. *SEE Attached*

2.   Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved.

Inmate Stevens FSA began after his Initial team at FCI Butner on 12.28.2021. He arrived at FCI Butner of 12.8.2021 as his Initial BOP Designation

Inmate Signature:_____   Date: _____

Inmate Printed Name:_____

Unit Counselor Signature: _____ CSW   Date: _3.14.25_

Unit Counselor Printed Name: ___Flech CSU___

Page (2)

B.P. 8 Cont. On 3/3/2025 10:30 A.M.

On permissable construction or inter-pretation of relevant stautatory provision. *See 18 U.S.C. 3.3632 (d)(4). In that vein, this inmate is re-questing all F.S.A. credits be applied (towards) his release beginning on April 1st, 2021.

This inmate has a liberty interest in this matter.

x Romell Stevens
#10572-025

To Office Of the Clerk
United States Dist. Court
231 W. Lafayette Blvd. 5th fl.
Detroit, MI. 48226

FR. Romell C. Stevens
#10572-025
P.O. Box 1000
Milan, MI. 48160

RE: (2241)      Date. April 13th, 2025

Dear Clerk Of the Court,
Please have my petition for this enclosed
2241 filed in your Court. I have made
arrangements to have the #5~ filing
fee paid to you by Linda Head.
She will Contact your office for
payment on or about 4-18-2025.
I have enclose a copy for return
filed.
       I am thanking you in advance for
your time and attention to this matter.

                              Sincerely,
                              Romell C. Stevens



Romell C. Stevens
#10572-025
P.O. Box 1000
Milan, M.I. 48160

RECEIVED
APR 21 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

RECEIVED
APR 21
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARS

To: The Clerk Of The Court
United States Courthouse
231 W. Lafayette Blvd. 5th Fl.
Detroit, M.I. 48226