UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROMELL C. STEVENS,

          Plaintiff,

v.

ERIC RARDIN,

          Defendant.

_____/

Case No. 2:25-cv-11136

HONORABLE STEPHEN J. MURPHY, III

**OPINION AND ORDER DISMISSING
CASE FOR FAILURE TO CORRECT DEFICIENCY**

Romell C. Stevens, a federal inmate confined at the Federal Correctional Institute in Milan, Michigan (FCI-Milan), petitioned for a writ of habeas corpus under 28 U.S.C. § 2241. On May 6, 2025, Chief Magistrate Judge David R. Grand issued a deficiency order. ECF No. 3, PageID.27. It ordered Stevens to submit either the $5.00 filing fee or an application to proceed *in forma pauperis* within 21 days. The deficiency order also expressly warned Stevens that failure to comply with the Court's instructions would result in the dismissal of the case. Stevens was thus required to comply with the deficiency order by May 27, 2025. To date, he has not, so the Court will dismiss the case. *See Gravitt v. Tyszkiewicz*, 14 F. App'x 348, 349 (6th Cir. 2001) (noting that when a prisoner who seeks habeas relief does not comply with a district court's directions in a deficiency order, the district court must presume that the prisoner is not a pauper, assess the full filing fee, and dismiss the case for want of prosecution).

**WHEREFORE,** it is hereby **ORDERED** that the habeas action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that because an appeal from this decision would be frivolous and could not be taken in good faith, leave to appeal *in forma pauperis* is **DENIED.** *See* 28 U.S.C. § 1915(a)(3).

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 9, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 9, 2025, by electronic and/or ordinary mail.

s/ R. Loury
Case Manager

2