4

TO: THE HONORABLE STEPHEN J. MURPHY, III
UNITED STATES DISTRICT COURT JUDGE

FROM: ROMELL CARLOS STEVENS
REGISTER NO. 10572-025
FEDERAL CORRECTIONAL INSTITUTION MILAN, MI.

RE: CASE NO.: 2:25-CV-11136 - OPINION & ORDER

DATE: JUNE 15, 2025



FILED
JUN 25 2025
CLERK'S OFFICE
DETROIT

DEAR JUDGE MURPHY:

ON APRIL 17, 2025, I MAILED AN ORIGINAL WITH TWO COPIES OF MY PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241.

ON APRIL 26, 2025, I HAD MY FIANCE, MS. LINDA HEAD, CALL THE OFFICE OF THE CLERK TO INQUIRE ABOUT THE ARRIVAL OF MY PETITION (2241). SHE INFORMED ME THAT SHE WAS TOLD IT HAD NOT ARRIVED THERE AT THAT TIME. EVERY OTHER DAY FROM THEN FORWARD ALL THROUGHOUT THE

MONTH OF MAY, I CONTACTED THE OFFICE OF THE CLERK - EASTERN DISTRICT OF MICHIGAN, VIA MS. LINDA HEAD, ONLY TO BE INFORMED THE 2241 PETITION HAD STILL NOT BEEN RECEIVED AND FILED WITH THIS COURT.

ON MAY 26, 2025, I WAS FURTHER ADVISED BY THIS COURT TO FILE A SECOND 2241 PETITION IN ORDER TO REPLACE THE FIRST ONE I MAILED BECAUSE THAT ONE WAS "LOST IN THE MAIL." "AT NO TIME ON OR AFTER MAY 6, 2025," DID I EVER RECEIVE ANY CORRESPONDENCE FROM THIS COURT REGARDING THE FIRST 2241 PETITION I FILED.

ON MAY 28, 2025, I CERTIFIED MAIL A SECOND 2241 PETITION RESPECTIVELY TO THE SAME ISSUES AS THE VERY FIRST ONE I MAILED. * SEE ENCLOSED CERTIFIED MAIL RECEIPT. BOTH 2241 PETITION PACKAGES WERE SENT TO THE UNITED STATES DISTRICT COURTHOUSE ON 231 W. LAFAYETTE BOULEVARD, ROOM 564, DETROIT, MI. 48226.

ON OR ABOUT JUNE 10, 2025, I RECEIVED AN "ORDER TO CORRECT DEFICIENCY" FOR THE $5.00 FILING FEE. I COMPLIED AND HAD THE FEE DELIVERED BY MS. LINDA HEAD, VIA CERTIFIED MAIL TO THE CLERK. THE CASE NO. FOR THE SECOND ATTEMPT AT FILING THE SAME 2241 PETITION IS 25-11648.

ON OR ABOUT JUNE 12, 2025, I RECEIVED AN ORDER AND OPINION DISMISSING MY FIRST 2241 PETITION, CASE NO. 25-11136, FOR FAILING TO PAY THE $5.00 FILING FEE.

YOUR HONOR, THIS IS A COMMON OCCURRENCE HERE AT FCI MILAN, WHEN MAILING OUT ANY LEGAL MAIL. WE CAN ONLY GET WHAT THEY (i.e. INSTITUTIONAL MAILROOM STAFF), FIRST READ AND THEN ALLOW US TO HAVE. AT NO TIME WAS MYSELF, OR MS. LINDA HEAD, EVER INFORMED OF THE CLERK RECEIVING OR FILING THE ABOVE CITED CASE NO. 25-11136.

4.

A CHECK WITH ANY OF THE CLERKS WILL VERIFY THE MANY MANY CALLS REGARDING THE THEN UNKNOWN WHERE-A-BOUTS OF THE 2241 PETITION MAILED ON APRIL 17, 2025 (I.E. THE FIRST ONE).

YOUR HONOR, IT IS MY BELIEF THAT THE NOTICE SENT OUT ON MAY 6, 2025, WITH THE ORDER TO PAY $5.00 FILING FEE WAS WITHHELD FROM ME HERE AT THE INSTITUTION. ONCE THE CASE WAS DISMISSED, LOW AND BEHOLD THAT NOTICE WAS FORWARDED TO ME PROMPTLY.

I PRAY THAT THIS COURT WILL GRANT THIS REQUEST TO RESCIND THE ORDER DISMISSING MY FIRST 2241 PETITION - CASE NO. 25-CV-11136 AND CONSOLIDATE IT WITH THE SECOND 2241 PETITION I FILED BEFORE THE DISMISSAL - CASE NO. 25-11648 (which the $5.00 FILING FEE HAS ALREADY BEEN PAID FOR).

IF ANY COURT COST IS ASSOCIATED WITH THIS FIASCO, PLEASE NOTIFY ME WITH A CERTIFIED LETTER.

I AM THANKING YOU IN ADVANCE FOR YOUR TIME AND ATTENTION YOU ~~SPENT~~ REGARDING THIS MATTER.

SINCERELY,
Romell C. Stevens



To:
United States District Court
for the Eastern District of
Michigan - Clerk's Office.
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Rm 564
Detroit, MI, 48226

CERTIFIED MAIL
9589 0710 5270 0946 0025 0052

CLERKS OFFICE
JUN 25 2025
DETROIT
80 8046